UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA<br><br>                              Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>                              Defendant. | Case No.:  21cv1770-GPC-MDD<br><br>**TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the above-captioned case is transferred from the calendar of the Honorable Mitchell D. Dembin to the calendar of the Honorable Ruth Bermudez Montenegro.

**IT IS SO ORDERED.**

Dated:   October 18, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge

1

21cv1770-GPC-MDD