John J. Rice, Esq. (Bar No. 140865)
ricej@higgslaw.com
N. Jessica Lujan, Esq. (Bar No. 312394)
lujanj@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: 619.236.1551
Facsimile:  619.696.1410

Attorneys for Defendant
Management & Training Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURRILLO VEGA,<br><br>Plaintiff.<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>Defendant. | CASE NO.  3:21-CV-01770-GPC-RBM<br><br>**DEFENDANT MANAGEMENT & TRAINING CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: October 14, 2021 |

/././
/././
/././
/././
/././
/././
/././
/././

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant MANAGEMENT & TRAINING CORPORATION ("Defendant") by and through its undersigned counsel, in accordance with Federal Rule of Civil Procedure 7.1, states that there is no parent corporation of Defendant, nor is there any publicly held corporation owning 10% or more of Defendant's stock.

DATED:  November 5, 2021

**HIGGS FLETCHER & MACK LLP**

By: _/s/ John J. Rice_
JOHN J. RICE, ESQ.
N. JESSICA LUJAN, ESQ.
Attorneys for Defendant
Management & Training
Corporation