John J. Rice, Bar No. 140865
ricej@higgslaw.com
N. Jessica Lujan, Bar No. 312394
lujanj@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: 619.236.1551
Facsimile:  619.696.1410

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURRILLO VEGA,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>Defendant. | CASE NO. 3:31-CV-01770-GPC-RBM<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913.

On November 5, 2021, I electronically filed the attached document:

- **DEFENDANT MANAGEMENT & TRAINING CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT**

- **DEFENDANT MANAGEMENT & TRAINING CORPORATION'S RULE 40.2 NOTICE OF PARTY WITH FINANCIAL INTEREST**

- **DEFENDANT MANAGEMENT & TRAINING CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

- Amy Wald Senia     senia@braunhagey.com
- Ellen Valentik Leonida     leonida@braunhagey.com
- John Joseph Rice     ricej@higgslaw.com, begaym@higgslaw.com
- Lisa V. Knox     lisa@ccijustice.org
- Matthew Borden     borden@braunhagey.com, baker@braunhagey.com, hagey@braunhagey.com, kushnir@braunhagey.com, le@braunhagey.com, matthew-borden-9044@ecf.pacerpro.com, ostrom@braunhagey.com, ridge@braunhagey.com, rivera@braunhagey.com, shaw@braunhagey.com, vare@braunhagey.com, velasquez@braunhagey.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 5, 2021, at San Diego, California.

/s/ *Marie Begay*
MARIE BEGAY