UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                                    Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>                                    Defendant. | Case No.:  3:21-cv-01770-GPC-RBM<br><br>**NOTICE AND ORDER RESETTING EARLY NEUTRAL EVALUATION CONFERENCE AND RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that the **Early Neutral Evaluation Conference** ("ENE") of your case is rescheduled to convene on **January 26, 2022**, at **1:30 p.m.** before United States Magistrate Judge Ruth Bermudez Montenegro of the Southern District of California, United States Courthouse, 2003 W. Adams Ave., El Centro, CA 92243.  In the event the case does not settle at the ENE, a **Case Management Conference** will be held at the conclusion of the ENE.  Mandatory directions and deadlines set forth in the November 18, 2021 order (Doc. 13) remain operative.

/ / /

/ / /

/ / /

1

**IT IS SO ORDERED.**

Dated: December 22, 2021

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

2