Ellen V. Leonida, Esq. (SBN: 184194)
  leonida@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Sarah Salomon, Esq. (SBN: 308770)
  salomon@braunhagey.com
(Admission to S.D. Cal. Pending)
Amy W. Senia, Esq. (SBN: 329134)
  senia@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Catherine Sweetser, Esq. (SBN: 271142)
  sweetser@law.ucla.edu
Rie Ohta, Esq. (SBN: 329746)
  ohta@law.ucla.edu
UCLA LAW CLINICS
UCLA SCHOOL OF LAW
385 Charles E. Young Drive East
Los Angeles, CA 90095
Telephone: 310-267-5068

ATTORNEYS FOR PLAINTIFF
CARLOS MURILLO VEGA

John J. Rice, Esq. (Bar No. 140865)
  ricej@higgslaw.com
Rachel M. Garrard, Esq. (Bar No. 307822)
  rgarrard@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

ATTORNEYS FOR DEFENDANT
MANAGEMENT & TRAINING
CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-01770-GPC-RBM<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Case No. 3:21-cv-01770-GPC-RBM

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Bree Bernwanger, Esq. (SBN: 331731)
bbernwanger@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Lisa V. Knox, Esq. (SBN: 279406)
lisa@ccijustice.org
CALIFORNIA COLLABORATIVE
FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, CA 94610
Telephone: (415) 684-4783
Facsimile: (415) 840-0046

ATTORNEYS FOR PLAINTIFF
CARLOS MURILLO VEGA

Case No. 3:21-cv-01770-GPC-RBM

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Carlos Murillo Vega and Defendant Management and Training Corporation jointly move for entry of the agreed upon Protective Order, attached hereto as Exhibit A.

Dated:  March 23, 2022

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ Ellen V. Leonida*

Ellen V. Leonida, Esq.
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

*Attorneys for Plaintiff*
*Carlos Murillo Vega*

Dated:  March 23, 2022

Respectfully submitted,

HIGGS FLETCHER & MACK LLP

By: */s/ John J. Rice (With Consent)*

John J. Rice, Esq.
Rachel M. Garrard, Esq.
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

*Attorneys for Defendant*
*Management & Training Corporation*

1                        Case No. 3:21-cv-01770-GPC-RBM