UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS MURILLO VEGA,

Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION,

Defendant.

Case No.:  21cv1770-GPC (MSB)

**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER [ECF NO. 23]**

On March 23, 2022, the parties filed a joint motion asking the Court to enter their Protective Order.  (ECF No. 23.)  The Court has considered the "[Proposed] Protective Order" and, for good cause shown, **GRANTS** the joint motion.  The Court hereby **ENTERS** the parties' "[Proposed] Protective Order" [ECF No. 23-1] without modification.

**IT IS SO ORDERED.**

Dated:  April 4, 2022

Honorable Michael S. Berg
United States Magistrate Judge

1