JOHN J. RICE, ESQ. (Bar No. 140865)
ricej@higgslaw.com
RACHEL M. GARRARD (Bar No. 307822)
rgarrard@higgslaw.com
CHANDLER CIERNIA (Bar No. 334206)
cierniac@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

[Additional Attorneys Listed on Following Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CARLOS MURRILLO VEGA,

Plaintiff,

v.

MANAGEMENT & TRAINING CORPORATION,

Defendant.

Case No. 3:21-CV-01770-GPC-RBM

**JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING DISCOVERY DEADLINES; DECLARATION OF RACHEL M. GARRARD IN SUPPORT**

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND SCHEDULING ORDER

10933004.1

Ellen V. Leonida, Esq. (SBN: 184194)
leonida@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
Sarah Salomon, Esq. (SBN: 308770)
salomon@braunhagey.com
Amy W. Senia, Esq. (SBN: 329134)
senia@braunhagey.com
BRAUN HAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Catherine Sweetser, Esq. (SBN: 271142)
sweetser@law.ucla.edu
Rie Ohta, Esq. (SBN: 329746)
ohta@law.ucla.edu
UCLA LAW CLINICS
UCLA SCHOOL OF LAW
385 Charles E. Young Drive East
Los Angeles, CA 90095
Telephone: 310-267-5068

Bree Bernwanger, Esq. (SBN: 331731)
bbernwanger@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Lisa V. Knox, Esq. (SBN: 279406)
lisa@ccijustice.org
CALIFORNIA COLLABORATIVE
FOR IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, CA 94610
Telephone: (415) 684-4783
Facsimile: (415) 840-0046

ATTORNEYS FOR PLAINTIFF
CARLOS MURILLO VEGA

Pursuant to Federal Rule of Civil Procedure 16 and the Local Rules of the Southern District of California, Defendant Management & Training Corporation ("MTC") respectfully submits this Joint Motion to Amend the Scheduling Order regarding all fact discovery deadlines due to outstanding discovery matters, pending discovery disputes, and counsel's continued commitment to the meet and confer process. Plaintiff Carlos Murrillo Vega ("Plaintiff") joins in the motion, with reference made to the following facts:

1. Plaintiff commenced this litigation on October 14, 2021, in the District Court for the Southern District of California, alleging claims for Violation of California Government Code section 7320, Negligence, and Intentional Infliction of Emotional Distress.

///

///

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

- 2 -

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND
SCHEDULING ORDER

10933004.1

2. Plaintiff propounded Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set One) on December 13, 2021.

3. On January 5, 2022, the parties submitted their Initial Disclosures. On January 27, 2022, the Court issued a Scheduling Order with deadlines governing the litigation.

4. On February 25, 2022, MTC served its responses to Plaintiff's Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set One).

5. MTC submitted a Supplemental Initial Disclosure on March 3, 2022. On March 23, 2022, Plaintiff propounded Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set Two). On March 25, 2022, MTC submitted a Second Supplemental Initial Disclosure.

6. The parties met and conferred on March 31, 2022, and again on April 12, 2022, in an attempt to resolve outstanding discovery issues without the Court's intervention.

7. MTC propounded its Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set One) on April 11, 2022. MTC then propounded Interrogatories (Set Two) on April 14, 2022.

8. On April 14, 2022, Plaintiff served its Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set Three). MTC's responses are due May 16, 2022.

9. At the time of this joint motion, no depositions have been taken. However, on April 11, 2022, Plaintiff served five deposition notices, including a Notice of Deposition for MTC's Person Most Knowledgeable. The dates of these depositions have been unilaterally set, but the parties are committed to working together to find mutually agreeable dates for each deposition. MTC is also working diligently to identify the Person(s) Most Knowledgeable on the 31 distinct topics for examination identified by Plaintiff.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

- 3 -

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND SCHEDULING ORDER

10933004.1

10. As related above, the parties have been diligent in their efforts to propound and respond to discovery from the inception of this case. Still, based on the outstanding factual issues to be resolved, the outstanding discovery on both sides, and the current discovery deadline of May 26, 2022, the parties agree they need additional time to complete their investigation into the case, to review responses from the other side, to meet and confer, and—should the need arise—to participate in an informal discovery conference (IDC) or file a motion to compel with this Court.

11. In addition, the parties are committed to working collaboratively to meet and confer to resolve all outstanding discovery issues in compliance with Local Rule 26.1(a). A continuance of the discovery deadline would serve that purpose directly.

12. In light of the above, good cause exists to grant this request. The parties agree the current discovery cut-off date presently set for May 26, 2022, constrains their ability to complete their investigation into the case, to provide any professional-courtesy discovery extensions, to meet and confer, to participate in an IDC (which the Court requires), or to move to compel further responses if necessary. Thus, to best facilitate a just outcome as well as foster ongoing good-faith collaboration between the parties in resolving their disputes, the parties hereby request that an order issue extending the discovery deadline by **60 days**, amending the Court's Scheduling Order to conclude fact discovery under Rules 30-36 and Rule 45 of the Federal Rules of Civil Procedure by July 25, 2022. This is the parties' first request for a continuance.

///
///
///
///
///
///

13.In light of the above, the parties propose the following amendments to the Court's January 27, 2022 Scheduling Order:

| **Event** | **Original Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery | May 26, 2022 | July 25, 2022 |
| Expert Disclosure | August 11, 2022 | October 10, 2022 |
| Supplemental Disclosure | August 25, 2022 | October 24, 2022 |
| Expert Discovery | September 26, 2022 | November 23, 2022 |
| Pretrial Motions | October 26, 2022 | December 19, 2022 |
| Mandatory Settlement Conference | January 25, 2023 | Remain unchanged |
| Pretrial Disclosures | February 10, 2023 | Remain unchanged |
| Counsels' Pretrial Meeting | February 17, 2023 | Remain unchanged |
| Pretrial Order Exchange | February 24, 2023 | Remain unchanged |
| Proposed Final Pretrial Conference Order | March 3, 2023 | Remain unchanged |
| Pretrial Conference | March 10, 2023 | Remain unchanged |

Dated: April , 2022

**BRAUNHAGEY & BORDEN LLP**

By: ______________________
ELLEN V. LEONIDA
MATTHEW BORDEN
SARAH SALOMON
AMY W. SENIA
Attorney for Plaintiff
CARLOS MURRILLO VEGA

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

- 5 -

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND SCHEDULING ORDER

10933004.1

Dated: April 21, 2022

**HIGGS FLETCHER & MACK LLP**

By: [signature]
JOHN J. RICE
RACHEL M. GARRARD
CHANDLER CIERNIA
Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

- 6 -

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND SCHEDULING ORDER

10933004.1

**<u>DECLARATION OF RACHEL M. GARRARD</u>**

I, Rachel M. Garrard, declare as follows:

1. I am an attorney with Higgs Fletcher & Mack LLP, counsel for MANAGEMENT & TRAINING CORPORATION ("MTC"). I have personal knowledge of the following and I could and would competently testify thereto if called upon to do so.

2. Plaintiff commenced this litigation on October 14, 2021, in the District Court for the Southern District of California, alleging claims for Violation of California Government Code section 7320, Negligence, and Intentional Infliction of Emotional Distress.

3. Plaintiff propounded Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set One) on December 13, 2021.

4. On January 5, 2022, the parties submitted their Initial Disclosures. On January 27, 2022, the Court issued a Scheduling Order with deadlines governing the litigation.

5. On February 25, 2022, MTC served its responses to Plaintiff's Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set One).

6. MTC submitted a Supplemental Initial Disclosure on March 3, 2022. On March 23, 2022, Plaintiff propounded Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set Two). On March 25, 2022, MTC submitted a Second Supplemental Initial Disclosure.

7. The parties met and conferred on March 31, 2022, and again on April 12, 2022, in an attempt to resolve outstanding discovery issues without the Court's intervention.

///

///

///

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

- 7 -

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND SCHEDULING ORDER

10933004.1

8. MTC propounded its Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set One) on April 11, 2022. MTC then propounded Interrogatories (Set Two) on April 14, 2022.

9. On April 14, 2022, Plaintiff served its Interrogatories, Requests for Admissions, and Requests for Production of Documents (Set Three). MTC's responses are due May 16, 2022.

10. At the time of this joint motion, no depositions have been taken. However, on April 11, 2022, Plaintiff served five deposition notices, including a Notice of Deposition for MTC's Person Most Knowledgeable. The dates of these depositions have been unilaterally set, but the parties are committed to working together to find mutually agreeable dates for each deposition. MTC is also working diligently to identify the Person(s) Most Knowledgeable on the 31 distinct topics for examination identified by Plaintiff.

11. As related above, the parties have been diligent in their efforts to propound and respond to discovery from the inception of this case. Still, based on the outstanding factual issues to be resolved, the outstanding discovery on both sides, and the current discovery deadline of May 26, 2022, the parties agree they need additional time to complete their investigation into the case, to review responses from the other side, to meet and confer, and—should the need arise—to participate in an informal discovery conference (IDC) or file a motion to compel with this Court.

12. In addition, the parties are committed to working collaboratively to meet and confer to resolve all outstanding discovery issues in compliance with Local Rule 26.1(a). A continuance of the discovery deadline would serve that purpose directly.

13. In light of the above, good cause exists to grant this request. The parties agree the current discovery cut-off date presently set for May 26, 2022, constrains their ability to complete their investigation into the case, to provide any professional-courtesy discovery extensions, to meet and confer, to participate in an IDC (which

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

- 8 -

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND SCHEDULING ORDER

10933004.1

the Court requires), or to move to compel further responses if necessary. Thus, to best facilitate a just outcome as well as foster ongoing good-faith collaboration between the parties in resolving their disputes, the parties hereby request that an order issue extending the discovery deadline by **60 days**, amending the Court's Scheduling Order to conclude fact discovery under Rules 30-36 and Rule 45 of the Federal Rules of Civil Procedure by July 25, 2022. This is the parties' first request for a continuance.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 21, 2022, at San Diego, California.

RACHEL M. GARRARD

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

- 9 -

Case No. 3:21-CV-01770-GPC-RBM
JOINT MOTON TO AMEND SCHEDULING ORDER

10933004.1