

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CARLOS MURILLO VEGA, | Case No.: 21cv1770-GPC (MSB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER:** |
| MANAGEMENT AND TRAINING CORPORATION, | **(1) GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING DISCOVERY DEADLINES [ECF NO. 27];** |
| Defendant. | **(2) SUA SPONTE CONTINUING PRETRIAL DATES; AND** |
| | **(3) SETTING A TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Following an initial Case Management Conference in this case on January 26, 2022, the initial scheduling order in this case set a fact discovery deadline of May 26, 2022, giving the parties only four months to complete fact discovery in this case.  (See ECF No. 21.)  Currently before the Court is the parties "Joint Motion to Amend Scheduling Order Regarding Discovery Deadlines," in which the parties ask this Court to continue the deadlines for fact discovery cutoff through pretrial motion filing by

approximately sixty days, while leaving the Mandatory Settlement Conference and other pretrial dates as previously set.  (Id. at 5.)

To demonstrate the parties' diligence to date, Defendant's counsel recounts that the parties have exchanged and supplemented initial disclosures; Plaintiff has served three sets of written discovery between January 5, 2022 and April 14, 2022, one of which Defendant responded to on February 25, 2022; Defendant served two sets written discovery requests on April 11 and April 14, 2022; and the parties have met and conferred on two separate dates to resolve discovery disputes.  (Id. at 7-8.)  Despite this diligence, the parties have not yet conducted any depositions, though several have been noticed) and agree that "they need additional time to complete their investigation into this case, to review responses from the other side, to meet and confer, and—should the need arise—to participate in and informal discovery conference (IDC) or file a motion to compel with this Court."  (Id. at 8.)

Based on the foregoing, the Court finds good case to amend the scheduling order and **GRANTS** the parties' joint motion.  Additionally, the Court sua sponte **CONTINUES** the pretrial dates to correspond to the amendments to the discovery and pretrial motion deadlines.  Finally, the Court **SETS** a telephonic Case Management Conference on **June 10, 2022**, at **1:30 p.m.**  Plaintiff's counsel is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.  Judge Berg holds these conferences regularly in his cases to check in with the parties regarding the status of the case and any potential issues.  In summary, the Court modifies the schedule order as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

| Event | Original Date | **Amended Date** |
|---|---|---|
| Telephonic Case Management Conference | not previously set | **June 10, 2022, at 1:30 p.m.** |
| Fact Discovery Cut-off | May 26, 2022 | **July 25, 2022** |
| Expert Disclosure | August 11, 2022 | **October 10, 2022** |
| Supplemental Disclosure | August 25, 2022 | **October 24, 2022** |
| Expert Discovery | September 26, 2022 | **November 23, 2022** |
| Pretrial Motions | October 26, 2022 | **December 19, 2022** |
| Mandatory Settlement Conference | January 25, 2023 | **January 25, 2023** (no change) |
| Pretrial Disclosures | February 10, 2023 | **March 24, 2023** |
| Counsel's Pretrial Meeting | February 17, 2023 | **March 30, 2023** |
| Pretrial Order Exchange | February 24, 2023 | **April 7, 2023** |
| Proposed Final Pretrial Conference Order | March 3, 2023 | **April 14, 2023** |
| Pretrial Conference | March 10, 2023 | **April 21, 2023, at 1:30 p.m.** |

**IT IS SO ORDERED.**

Dated:  April 26, 2022

_____

Honorable Michael S. Berg
United States Magistrate Judge

21cv1770-GPC (MSB)