UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA, | Case No.:  21cv1770-GPC (MSB) |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SCHEDULE INFORMAL DISCOVERY CONFERENCE [ECF NO. 29]** |
| MANAGEMENT AND TRAINING CORPORATION, | |
| Defendant. | |

On April 29, 2022, the parties filed a joint motion asking the Court to extend their deadline to request an informal discovery conference related to Plaintiff's demand for inspection of the Imperial Regional Detention Facility in Calexico, California.  (ECF No. 29 at 3.)  In support, the parties explain they would like the initial time to continue their productive meet and confer efforts, with the goal of resolving their disputes without court intervention.  (Id.)

/ / /

/ / /

/ / /

/ / /

For good cause shown, the Court **GRANTS** the joint motion.  The deadline to request an informal discovery conference regarding Plaintiff's requested site inspection is **CONTINUED** from April 29, 2022, to **May 13, 2022**.

    **IT IS SO ORDERED.**

Dated:  May 2, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge

21cv1770-GPC (MSB)