UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA, | Case No.:  21cv1770-GPC (MSB) |
| Plaintiff, | |
| v. | **ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |
| MANAGEMENT AND TRAINING CORPORATION, | |
| Defendant. | |

Counsel for the parties placed a joint call to chambers on May 13, 2022, requesting an informal discovery conference to address their disputes regarding Plaintiff's noticed site inspection.  Being informed by Plaintiff's counsel that all parties are available, the Court **SETS** a telephonic Discovery Conference with counsel for the parties on **May 26, 2022**, at **3:00 p.m.**  Counsel for Plaintiff is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  May 13, 2022

_____

Honorable Michael S. Berg
United States Magistrate Judge