UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                          Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING<br>CORPORATION,<br><br>                          Defendant. | Case No.:  21cv1770-GPC (MSB)<br><br>**ORDER RESETTING TELEPHONIC DISCOVERY CONFERENCE** |

Due to a conflict with the Court's calendar, the telephonic Discovery Conference currently scheduled for May 26, 2022, is **RESET** on <u>**June 10, 2022**</u>, at <u>**1:30 p.m.**</u>, to coincide with the previously set telephonic Case Management Conference.  Plaintiff's counsel is to arrange and initiate the conference call.  The telephone number for Judge Berg's chambers is (619) 557-6632.  The Court apologizes for any inconvenience to the parties.

**IT IS SO ORDERED.**

Dated:  May 16, 2022



Honorable Michael S. Berg
United States Magistrate Judge

21cv1770-GPC (MSB)