UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA, | Case No.:  21cv1770-GPC (MSB) |
| Plaintiff, | |
| v. | **ORDER REQUIRING INFORMAL LETTER BRIEF** |
| MANAGEMENT AND TRAINING CORPORATION, | |
| Defendant. | |

Counsel for the parties placed a joint call to chambers on May 23, 2022, to address new discovery disputes.  They identified seven categories of discovery disputes, related to Defendant's objections to Plaintiff's interrogatories, requests for production, and 30(b)(6) deposition topics.  Counsel wish to address these topics at the telephonic Discovery Conference currently set for June 10, 2022.

As agreed by the parties to facilitate an efficient informal discovery conference, no later than **noon** on **June 8, 2022**, the parties are **ORDERED** to lodge an **informal joint letter brief** by email to efile_berg@casd.uscourts.gov.  The joint letter brief should be no more than six pages and include: (a) the language of the disputed discovery requests;

21cv1770-GPC (MSB)

(b) how the dispute has been narrowed through the parties' meet and confer efforts; and (c) each parties' position and any authority for that position.

**IT IS SO ORDERED.**

Dated:  May 23, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge