UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>　　　　　　　Defendant. | Case No.:  21cv1770-GPC (MSB)<br><br>**ORDER:**<br>**(1) GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING DISCOVERY DEADLINES [ECF NO. 35]; AND**<br>**(2) SETTING A TELEPHONIC CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SERVING WRITTEN DISCOVERY REQUESTS** |

Currently before the Court is the parties "Joint Motion to Amend Scheduling Order Regarding Discovery Deadlines," in which the parties ask this Court to continue all dates in the current scheduling order by approximately four months.  (ECF No. 35.)  This is the parties' second request to amend the scheduling order, after the Court granted a two-month extension on April 26, 2022.  (See ECF No. 28.)

To demonstrate the parties' diligence since the last continuance, Defendant's counsel recounts that Defendant has responded to Plaintiff's third set of written

discovery, Plaintiff has served a fourth set of requests for production and responded to Defendant's written discovery, the parties are in frequent communication and "regularly meet and confer regarding discovery and the trajectory of the matter," and the parties participated in an informal discovery conference with the Court on June 10, 2022. (Id. at 8.) However, the parties indicate they have not yet conducted any depositions, and "based on the outstanding factual issues to be resolved, the outstanding discovery on both sides, and the current discovery deadline of July 25, 2022, the parties agree they need additional time to complete their investigation into the case, to review the responses from the other side, to meet and confer, and—should the need arise—to participate in an IDC or file a motion to compel with this Court." (Id.) The parties contend this is good cause for their requested four-month continuance. (Id. at 5.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment) and collecting cases). "If that party was not diligent, the inquiry should end." Id.

Based on the foregoing, the Court finds good cause to amend the scheduling order, but not to give the parties the entire four months that they seek. Based on the Court's discussion of discovery with the parties at the informal discovery conference on June 10, 2022, and the parties' joint motion, the Court finds good cause to **GRANT** the motion in part and **CONTINUE** the dates in the scheduling order by approximately two months. The Court believes that with effort, the parties can complete fact discovery by the new deadline of **September 26, 2022**. Additionally, the Court **sua sponte SETS** two new deadlines: (1) a deadline to serve written discovery of **June 27, 2022**, and (2) a

telephonic Case Management Conference on **September 15, 2022**, at **11:00 a.m.** Plaintiff's counsel is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.  In summary, the Court modifies the schedule order as follows:

| Event | Current Date | **Amended Date** |
|---|---|---|
| Last day to serve written discovery requests | Not currently set | **June 27, 2022** |
| Telephonic Case Management Conference | Not currently set | **September 15, 2022, at 11:00 a.m.** |
| Fact Discovery Cut-off | July 25, 2022 | **September 26, 2022** |
| Expert Disclosure | October 10, 2022 | **December 9, 2022** |
| Supplemental Disclosure | October 24, 2022 | **December 23, 2022** |
| Expert Discovery | November 23, 2022 | **January 23, 2023** |
| Pretrial Motions | December 19, 2022 | **February 23, 2023** |
| Mandatory Settlement Conference | January 25, 2023 | **March 24, 2023,** at **9:30 a.m** |
| Pretrial Disclosures | March 24, 2023 | **June 2, 2023** |
| Counsel's Pretrial Meeting | March 30, 2023 | **June 9, 2023** |
| Pretrial Order Exchange | April 7, 2023 | **June 16, 2023** |
| Proposed Final Pretrial Conference Order | April 14, 2023 | **June 23, 2023** |
| Pretrial Conference | April 21, 2023, at 1:30 p.m. | **June 30, 2023,** at **1:30 p.m.** |

**IT IS SO ORDERED.**

Dated:  June 17, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge