UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                                   Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>                                   Defendant. | Case No.:  21cv1770-GPC (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO SCHEDULE INFORMAL DISCOVERY CONFERENCE [ECF NO. 37]**<br>**(2) SUA SPONTE CONTINUING PRETRIAL DATES; AND**<br>**(3) SETTING A TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Currently before the Court is the parties "Joint Motion to Continue Deadline to Schedule Informal Discovery Conference," in which the parties ask this Court to continue their deadline to request an informal discovery conference from the Court to address certain discovery disputes by approximately two weeks, from June 23, 2022, to June 30, 2022.  (ECF No. 37 at 2.)  In support, Defendant's counsel explains that the parties have engaged in two hour-long meet and confer sessions, and "the parties are likely to resolve many of the outstanding disputes without Court intervention."  (Id. at 5.)  Further, the requested continuance "will allow the parties to attempt to resolve

their respective discovery issues without burdening the Court," and "will not affect any case management deadlines." (Id. at 5-6.)

Based on the foregoing, the Court finds good cause and **GRANTS** the parties' joint motion.  The Court **CONTINUES** the parties' deadline to continue their June 23, 2022 deadline to request an informal discovery conference from the Court to **June 30, 2022**.

**IT IS SO ORDERED.**

Dated:  June 23, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge

2

21cv1770-GPC (MSB)