John J. Rice (Bar No. 140865)
ricej@higgslaw.com
Rachel M. Garrard (Bar No. 307822)
rgarrard@higgslaw.com
Chandler Ciernia (Bar No. 334206)
cierniac@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA  92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Defendant
Management & Training Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CARLOS MURIILLO VEGA, | Case No. 3:21-cv-01770-GPC-MSB |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW N. JESSICA LUJAN AND REQUEST TO REMOVE HER FROM THE CM/ECF ELECTRONIC SERVICE LIST** |
| v. | |
| MANAGEMENT & TRAINING CORPORATION, | |
| Defendant. | |

**TO: THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Rule 83.3(f)(3) of the Local Rules of the United States District Court for the Southern District of California and relying upon the attached Declaration of John J. Rice, Defendant moves for leave to withdraw N. Jessica Lujan as counsel for Defendants.  Defendants will continue to be represented by counsel who have appeared in this matter.

Dated: July 21, 2022

**HIGGS FLETCHER & MACK LLP**

By:/s/ *John J. Rice*
JOHN J. RICE
RACHEL MOFFITT GARRARD
CHANDLER CIERNIA
Attorneys for Defendant
Management & Training Corporation

- 1 -   Case No. 3:21-CV-01770-GPC-MSB