# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA, | Case No. 3:21-cv-01770-GPC-MSB |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW N. JESSICA LUJAN AND REQUEST TO REMOVE HER FROM THE CM/ECF ELECTRONIC SERVICE LIST** |
| v. | |
| MANAGEEMNT & TRAINING CORPORATION, | **[ECF NO. 41]** |
| Defendant. | |

On July 21, 2022, Attorney John J. Rice filed a motion to withdraw N. Jessica Lujan as counsel for Defendants. The motion is unopposed. Upon due consideration, good cause appearing, the Court GRANTS the motion and DIRECTS the Clerk of the Court to update the docket of this action accordingly.

**IT IS SO ORDERED.**

Dated: July 22, 2022

Hon. Gonzalo P. Curiel
United States District Judge

Case No. 3:21-CV-01770-GPC-MSB

11067317.1