UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                              Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING<br>CORPORATION,<br><br>                              Defendant. | Case No.:  21cv1770-GPC (MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Plaintiff filed an Ex Parte Motion to Extend Case Schedule on September 7, 2022. (ECF No. 50.)  Defendant filed a Non-Opposition on September 8, 2022.  (ECF No. 51.) Based on the issues raised in the ex parte motion, the Court **SETS** a telephonic Case Management Conference with counsel for the parties on **September 12, 2022**, at **1:30 p.m.**  Counsel for Plaintiff is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  September 8, 2022

Honorable Michael S. Berg
United States Magistrate Judge

1

21cv1770-GPC (MSB)