UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA, | Case No.:  21cv1770-GPC (MSB) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S UNOPPOSED EX PARTE MOTION TO EXTEND CASE SCHEDULE [ECF NO. 50]** |
| MANAGEMENT AND TRAINING CORPORATION, | |
| Defendant. | |

Currently before the Court is "Plaintiff's Ex Parte Motion to Extend Case Schedule," in which Plaintiff asks the Court to "grant [a] two-week extension of the discovery cut-off" to October 10, 2022, and "order Defendant to submit to the inspection [of the Imperial Regional Detention Facility] within those two weeks," based primarily on scheduling difficulties between the parties and their experts.  (ECF No. 50.) Defendant filed its notice of non-opposition to this request on September 8, 2022.  (ECF No. 51.)  The Court held a telephonic Case Management Conference ("TCMC") with the parties to discuss this request on September 12, 2022, where it invited the parties to elaborate on their scheduling difficulties and discussed the parties' availability for remaining discovery.  (See ECF No. 53.)

1

21cv1770-GPC (MSB)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment) and collecting cases). "If that party was not diligent, the inquiry should end." Id.

The parties have not offered any justification for an unqualified two-week continuation of the fact discovery deadline. However, based on the scheduling conflicts and miscommunications between the parties, the Court finds good cause to permit Plaintiff's deposition and the site inspection of Imperial Regional Detention Facility to take place after fact discovery cut-off, on the dates mutually agreed upon at the TCMC. Therefore, Plaintiff's motion is therefore **GRANTED in part** and **DENIED in part** as follows:

1.      The site inspection of Imperial Regional Detention Facility is to take place on **October 5, 2022**, at **11:00 a.m.**

2.      Plaintiff's deposition is **SET** for **October 7, 2022**, at **9:00 a.m.**

**IT IS SO ORDERED.**

Dated: September 12, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge

21cv1770-GPC (MSB)