

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                          Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>                          Defendant. | Case No.:  21cv1770-GPC (MSB)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL AND FOR SANCTIONS** |

Counsel for the parties contacted the Court on September 26, 2022 and the Court held an unscheduled telephonic Discovery Conference.  Plaintiff requested a briefing schedule for a motion to compel and for sanctions based on Plaintiff's counsel's belief due to deposition witness testimony that Defendant failed to disclose numerous documents responsive to Plaintiff's requests for production without justification.  As discussed with the parties, the Court **ORDERS** Plaintiff to file any joint discovery motion addressing the articulated dispute no later than **October 21, 2022**.  The parties are to use the Joint Discovery Motion format described in Judge Berg's Civil Chambers Rule IV.D.

Pursuant to the agreement of the parties, Plaintiff must provide opposing counsel with a complete draft of his motion and any accompanying exhibits or declaration no later than **October 10, 2022**.  Defendant must provide its portions of the joint motion to opposing counsel, including any exhibits and declarations, no later than **October 17, 2022**.  Plaintiff must file the joint motion as to any issues that remain in dispute no later than **October 21, 2022**.  In addition to the components described in section IV.D.1. of Judge Berg's Civil Chambers Rules, the parties may each submit points and authorities of up to ten pages.  (Cf. Civ. Chambers Rule IV.D.2. (generally permitting a maximum of five pages of points and authorities).)

**IT IS SO ORDERED.**

Dated:  September 26, 2022

Honorable Michael S. Berg
United States Magistrate Judge

21cv1770-GPC (MSB)