Ellen V. Leonida, Esq. (SBN: 184194)
leonida@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
Sarah Salomon, Esq. (SBN: 308770)
salomon@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Lily (Haeun) Kim, Esq. (*pro hac vice*)
kim@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Tel. & Fax: (646) 829-9403

ATTORNEYS FOR PLAINTIFF
CARLOS MURILLO VEGA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**MOTION TO WITHDRAW SARAH SALOMON AS ATTORNEY OF RECORD FOR PLAINTIFF CARLOS MURILLO VEGA** |

1  Catherine Sweetser, Esq. (SBN: 271142)
   sweetser@law.ucla.edu
2  Tessa R. Baizer, Esq. (SBN: 336028)
   baizer@law.ucla.edu
3  UCLA LAW CLINICS
   UCLA SCHOOL OF LAW
4  385 Charles E. Young Drive East
   Los Angeles, CA 90095
5  Telephone: 310-267-5068

6  Bree Bernwanger, Esq. (SBN: 331731)
   bbernwanger@lccrsf.org
7  Lee Ann Felder-Heim, Esq. (SBN: 341429)
   lafelderheim@lccrsf.org
8  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
9  131 Steuart Street, Suite 400
   San Francisco, CA 94105
10 Telephone: (415) 543-9444
   Facsimile: (415) 543-0296
11
   Lisa V. Knox, Esq. (SBN: 279406)
12 lisa@ccijustice.org
   CALIFORNIA COLLABORATIVE
13 FOR IMMIGRANT JUSTICE
   1999 Harrison Street, Suite 1800
14 Oakland, CA 94610
   Telephone: (415) 684-4783
15 Facsimile: (415) 840-0046

16 ATTORNEYS FOR PLAINTIFF
   CARLOS MURILLO VEGA
17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-CV-01770-GPC-LR
MOTION TO WITHDRAW SARAH SALOMON AS ATTORNEY OF RECORD

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil LR 83.3(f)(3), Plaintiff Carlos Murillo Vega ("Plaintiff") hereby moves this Court for an order withdrawing Sarah Salomon as counsel of record for Plaintiff in the above-entitled action. Ms. Salomon is no longer an attorney with BraunHagey & Borden LLP.

Plaintiff shall continue to be represented by BraunHagey & Borden LLP, the UCLA Law Clinics of the UCLA School of Law, the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, and the California Collaborative for Immigrant Justice.

Dated: November 9, 2022                    Respectfully submitted,

                                           BRAUNHAGEY & BORDEN LLP

                                           By:  */s/ Ellen V. Leonida*
                                                Ellen V. Leonida

                                           *Attorneys for Plaintiff*
                                           *Carlos Murillo Vega*