1  Ellen V. Leonida, Esq. (SBN: 184194)
    leonida@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
3  Sarah Salomon, Esq. (SBN: 308770)
    salomon@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
5  San Francisco, CA 94104
   Telephone: (415) 599-0210
6  Facsimile: (415) 276-1808

7  Lily (Haeun) Kim, Esq. (*pro hac vice*)
    kim@braunhagey.com
8  BRAUNHAGEY & BORDEN LLP
   118 W. 22nd Street, 12th Floor
9  New York, NY 10011
   Tel. & Fax: (646) 829-9403

ATTORNEYS FOR PLAINTIFF
CARLOS MURILLO VEGA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>         Plaintiff,<br><br>     v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>         Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**DECLARATION OF ELLEN V. LEONIDA RE: MOTION TO WITHDRAW SARAH SALOMON AS ATTORNEY OF RECORD** |

1  Catherine Sweetser, Esq. (SBN: 271142)
    sweetser@law.ucla.edu
2  Tessa R. Baizer, Esq. (SBN: 336028)
    baizer@law.ucla.edu
3  UCLA LAW CLINICS
    UCLA SCHOOL OF LAW
4  385 Charles E. Young Drive East
    Los Angeles, CA 90095
5  Telephone: 310-267-5068

6  Bree Bernwanger, Esq. (SBN: 331731)
    bbernwanger@lccrsf.org
7  Lee Ann Felder-Heim, Esq. (SBN: 341429)
    lafelderheim@lccrsf.org
8  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    OF THE SAN FRANCISCO BAY AREA
9  131 Steuart Street, Suite 400
    San Francisco, CA 94105
10 Telephone: (415) 543-9444
    Facsimile: (415) 543-0296
11
    Lisa V. Knox, Esq. (SBN: 279406)
12    lisa@ccijustice.org
    CALIFORNIA COLLABORATIVE
13 FOR IMMIGRANT JUSTICE
    1999 Harrison Street, Suite 1800
14 Oakland, CA 94610
    Telephone: (415) 684-4783
15 Facsimile: (415) 840-0046

16 ATTORNEYS FOR PLAINTIFF
    CARLOS MURILLO VEGA
17

18

19

20

21

22

23

24

25

26

27

28

I, Ellen V. Leonida, declare:

1. I am licensed to practice law before this Court and am counsel of record for Plaintiff Carlos Murillo Vega ("Plaintiff"). I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently thereto.

2. Pursuant to Civil LR 83.3(f)(3)(b), I certify that the Motion to Withdraw Sarah Salomon as Attorney of Record has been served on my client, Plaintiff, and will be served on counsel for Defendant via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 9, 2022             */s/ Ellen V. Leonida*
                                    Ellen V. Leonida

1    Case No. 3:21-CV-01770-GPC-LR
DECLARATION OF ELLEN V. LEONIDA RE: MOTION TO WITHDRAW
SARAH SALOMON AS ATTORNEY OF RECORD