# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW SARAH SALOMON AS ATTORNEY OF RECORD** |

1    Plaintiff filed a Motion to Withdraw Sarah Salomon as Attorney of Record on
2 November 9, 2022. After reviewing the papers submitted by counsel, and for good
3 cause shown, the Court GRANTS the motion and DIRECTS the Clerk of the Court
4 to withdraw Ms. Salomon as counsel of record for Plaintiff.

**IT IS SO ORDERED**.

Dated: _____, 2022          _____
                                      HON. GONZALO P. CURIEL
                                      United States District Judge