UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                                    Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING<br>CORPORATION,<br><br>                                    Defendant. | Case No.:  21cv1770-GPC(LR)<br><br>**ORDER CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE AND SETTING A HEARING ON PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS** |

On August 31, 2022, Judge Michael S. Berg issued an order continuing a Telephonic Case Management Conference ("TCMC") previously set for September 15, 2022 to November 16, 2022.  (ECF No. 49.)  On October 5, 2022, the case was transferred from the calendar of Judge Michael S. Berg to the calendar of Judge Lupe Rodriguez, Jr.  (ECF No. 58.)  The parties have since filed a joint discovery motion addressing Plaintiff's motion to compel further discovery responses and for sanctions ("Motion to Compel") on October 21, 2022.  (ECF No. 59.)  Due to a conflict involving the Court's calendar, the Court **CONTINUES** the previously scheduled TCMC and **SETS** a hearing date for Plaintiff's Motion to Compel as follows:

// //

// //

21cv1770-GPC(LR)

The Court will hold a hearing on Plaintiff's Motion to Compel **via video conference** on **November 30, 2022**, at **9:30 a.m.**  The following rules and deadlines apply:

**1.**      **Appearance via Videoconference Required:** only Counsel in this action are required to appear.  On or before **November 23, 2022**, a list of attorneys who will participate in the hearing on behalf of each of the parties should be sent via e-mail to efile_rodriguez@casd.uscourts.gov.

**2.**      The Court will use its official Zoom video conferencing account to hold the hearing.  **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the hearing.

**3.**      Prior to the start of the hearing, the Court will e-mail each hearing participant an invitation to join a Zoom video conference.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  Zoom may then prompt participants to enter the password included in the invitation.  All participants will be placed in a waiting room until the hearing begins.

**4.**      Each participant should plan to join the Zoom video conference **at least ten minutes before** the start of the hearing to ensure that the hearing begins promptly at **9:30 a.m.  The Zoom e-mail invitation may indicate an earlier start time, but the hearing will begin at the Court-scheduled time.**

// //

// //

// //

// //

21cv1770-GPC(LR)

**5.**        **Video Case Management Conference**: the Court will conduct the previously scheduled TCMC over Zoom **immediately after the hearing.**

        **IT IS SO ORDERED.**

Dated:  November 10, 2022

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

21cv1770-GPC(LR)