UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                                    Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>                                    Defendant. | Case No.:  21-CV-1770-GPC-MSB<br><br>**ORDER GRANTING MOTIONS TO WITHDRAW ATTORNEYS**<br><br>**[ECF Nos. 57 & 62]** |

Upon request by Plaintiff Carlos Murillo Vega, the Court hereby GRANTS Plaintiff's motions to withdraw attorneys.  It is hereby ordered that attorneys Rie Ohta and Sarah Salomon shall be withdrawn as counsel of record.

**IT IS SO ORDERED.**

Dated:  November 16, 2022

Hon. Gonzalo P. Curiel
United States District Judge