UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING<br>CORPORATION,<br><br>　　　　　　　　　　Defendant. | Case No.:  21cv1770-GPC(LR)<br><br>**ORDER VACATING PREVIOUSLY<br>SCHEDULED HEARING ON JOINT<br>DISCOVERY MOTION AND CASE<br>MANAGEMENT CONFERENCE** |

Presently before the Court is the parties' joint motion to address discovery disputes raised in Plaintiff Carlos Murillo Vega's Motion to Compel Discovery Responses and for Sanctions filed on October 21, 2022.  (ECF Nos. 59 & 59-1 or "Discovery Motion.")  On November 10, 2022, the Court issued an order setting a hearing on the Discovery Motion and continuing the previously scheduled Case Management Conference ("CMC") to November 30, 2022, at 9:30 a.m.  (ECF No. 64.)  Having considered the parties' materials related to the Discovery Motion, the Court hereby **VACATES** the hearing and video CMC scheduled for November 30, 2022, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

// //

// //

1

Written orders addressing the Discovery Motion and resetting the CMC will follow.

**IT IS SO ORDERED.**

Dated:  November 28, 2022

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

21cv1770-GPC(LR)