UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                              Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>                              Defendant. | Case No.:  21cv1770-GPC(LR)<br><br>**ORDER RESETTING PREVIOUSLY VACATED CASE MANAGEMENT CONFERENCE** |

On November 28, 2022, the Court issued an order vacating the Case Management Conference in this matter, previously set for November 30, 2022, at 9:30 a.m.  (ECF No. 66.)  The Court hereby **RESETS** the Case Management Conference—to be conducted telephonically—for **January 18, 2023**, at **2:00 p.m.**  Counsel for Plaintiff is **ORDERED** to organize the joint call to Judge Rodriguez's chambers at (760) 339-4250.

**IT IS SO ORDERED.**

Dated:  December 13, 2022

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

1

21cv1770-GPC(LR)