JOHN J. RICE, ESQ. (Bar No. 140865)
ricej@higgslaw.com
CHANDLER C. ROTH, ESQ. (Bar No. 334206)
rothc@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:  (619) 236-1551
Facsimile:  (619) 696-1410

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CARLOS MURRILLO VEGA, | Case No. 3:21-CV-01770-GPC-LR |
|---|---|
| Plaintiff, | **DECLARATION OF JOHN J. RICE IN SUPPORT OF DEFENDANT MANAGEMENT & TRAINING CORPORATION'S PARTIAL MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MANAGEMENT & TRAINING CORPORATION, | |
| Defendant. | Date:  April 21, 2023<br>Time:  1:30 p.m.<br>Ctrm:  2D (2nd Floor)<br>District Judge:  Hon. Gonzalo P. Curiel |

I, John J. Rice, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court.  I am a partner in the law firm of Higgs Fletcher & Mack, LLP, and am counsel for Defendant Management & Training Corporation ("MTC") in the above-captioned matter.  I am over the age of 18, have personal knowledge of the matters set forth herein, and I could and would testify competently if called upon as a witness.

2. This declaration is made in support of MTC's Partial Motion for Summary Judgment.

/ / /

/ / /

3. In the 16 months since Plaintiff filed his Complaint, the parties have engaged in extensive discovery. Specifically, Plaintiff has served four (4) sets of Requests for Admissions, four (4) sets of Requests for Production, and three (3) sets of Interrogatories, inspected the Facility, and deposed eight (8) MTC employees. To date, MTC has produced 29,273 pages in discovery. Still, despite this extensive and comprehensive discovery, Plaintiff has been unable to identify a single officer, director, or managing agent who participated in or ratified conduct constituting malice, oppression or fraud with respect to Plaintiff's detention or the denial of his request to move to the general population.

4. In conjunction with this motion, I prepare a Notice of Lodgment, lodging true and correct copies of the following documents:

**Exhibit 1:** Plaintiff's Complaint, filed October 14, 2021.

**Exhibit 2:** Plaintiff's December 13, 2019, Written Request for Protective Custody, Bates No. MTC000363.

**Exhibit 3:** December 13, 2019, Information Report, Bates No. MTC000361.

**Exhibit 4:** December 16, 2019, Mental Health Evaluation, Bates No. MTC000771-MTC000775.

**Exhibit 5:** January 13, 2020, Mental Health Treatment Refusal, Bates No. MTC000776.

**Exhibit 6:** February 10, 2020, Mental Health Progress Note, Bates No. MTC000777.

**Exhibit 7:** March 6, 2020, Mental Health Treatment Refusal, Bates No. MTC000778.

**Exhibit 8:** April 1, 2020, Mental Health Progress Note, Bates No. MTC000779.

**Exhibit 9:** April 29, 2020, Mental Health Treatment Refusal, Bates No. MTC000780.

**Exhibit 10:** May 27, 2020, Mental Health Progress Note, Bates No. MTC000781.

**Exhibit 11:** June 26, 2020, Mental Health Progress Note, Bates No. MTC000784.

**Exhibit 12:** July 24, 2020, Mental Health Progress Note, Bates No. MTC000785.

**Exhibit 13:** August 21, 2020, Mental Health Progress Note, Bates No. MTC000227.

**Exhibit 14:** September 18, 2020, Mental Health Progress Note, Bates No. MTC000196.

**Exhibit 15:** October 15, 2020, Mental Health Progress Note, Bates No. MTC000168.

**Exhibit 16:** October 28, 2020, Detainee Statement Form, Bates No. MTC002811.

**Exhibit 17:** November 10, 2020, Information Report, Bates No. MTC000360.

**Exhibit 18:** November 10, 2020, Administrative Segregation Order, Bates No. MTC000356.

**Exhibit 19:** Plaintiff's November 16, 2020, Written Request for General Population, Bate No. MTC000362.

**Exhibit 20:** Plaintiff's November 11, 2020, Grievance, Bates No. MTC000311.

**Exhibit 21:** November 12, 2020, Mental Health Treatment Refusal, Bates No. MTC000145-MTC000146.

**Exhibit 22:** November 19, 2020, Mental Health Progress Note, Bates No. MTC000312.

**Exhibit 23:** Plaintiff's November 19, 2020, Grievance, Bates No. MTC000314.

**Exhibit 24:** Plaintiff's November 20, 2020, Grievance to ICE, Bates No. MTC000319.

**Exhibit 25:** December 16, 2020, Mental Health Progress Note, Bates No. MTC000101.

**Exhibit 26:** January 14, 2021, Mental Health Progress Note, Bates No. MTC000060.

**Exhibit 27:** February 6, 2021, Detainee Release Checklist, Bates No. MTC000819.

**Exhibit 28:** Declaration of Dan Joslin.

**Exhibit 29:** Excerpts from the official transcript of the Deposition of Brenda Casteau, taken August 26, 2022.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 23rd day of February, 2023, at San Diego, California.

*/s/ John J. Rice*
JOHN J. RICE