# EXHIBIT 24

**Request #108654403**

**Profile Photo:**
Profile Photo
Released

**Audit Photo:**


**Detainee Info**

**Name:** CARLOS MURILLO-VEGA (1981-07-07)
**Booking Number:** A039806062
**Nationality:** MX
**Submitted Date:** 11/20/20 17:21
**Submitted from Location/Room:** B/Unit B
**Current Location/Room:** B/Unit B
**Facility:** Imperial Regional Detention Facility CA

**Form Info**

**Category:** ICE
**Form:** ICE

**Request Info**

**Status:** CLOSED **by** Aalarcon
**Facility Deadline:** 11/25/20 23:59

**Summary of Request:**

To officer becerra

**Details of Request:**

**Choose one of the following:**
Immigration Officer

**What is your request?:**
*be specific*
Officer I would like to move to general population I'm tired of being in the hole the only reason I'm here is because I didn't think that my case was going to take this long, but next month it will be a year I want to be able to have more free time. My paper work is clean. Please look into my request

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/23/20 16:09 | Aalarcon | Changed Status | From 'Open' to 'Closed' |
| 11/20/20 17:21 | CARLOS MURILLO-VEGA | Submitted New | To officer becerra |