# EXHIBIT 28

JOHN J. RICE, ESQ. (Bar No. 140865)
ricej@higgslaw.com
CHANDLER C. ROTH, ESQ. (Bar No. 334206)
rothc@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:  (619) 236-1551
Facsimile:  (619) 696-1410

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURRILLO VEGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:21-CV-01770-GPC-LR<br><br>**DECLARATION OF DAN JOSLIN IN SUPPORT OF DEFENDANT MANAGEMENT & TRAINING CORPORATION'S PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　April 21, 2023<br>Time:　　　1:30 p.m.<br>Ctrm:　　　2D (2nd Floor)<br>District Judge:  Hon. Gonzalo P. Curiel |

　　I, Dan Joslin, declare as follows:

　　1.　I am the Vice President, Corrections Region II with Management and Training Corporation ("MTC"). I am over the age of 18, have personal knowledge of the matters set forth herein, and I could and would testify competently if called upon as a witness.

　　2.　This declaration is made in support of MTC's Partial Motion for Summary Judgment.

　　3.　I have served as Vice President, Corrections Region II with MTC since December 2016, providing corporate oversight over the Imperial Regional

Detention Facility ("IRDF"). Thus, I was active in this role during Plaintiff's detention.

4. I sat for deposition in this matter on September 22, 2022. Therein, I explained to counsel that I had no personal knowledge of Plaintiff, or his detention at IRDF aside from knowledge of Plaintiff's lawsuit. I explained that staff at the facilities I oversee are the experts in compliance with the Performance Based National Detention Standards ("PBNDS") and that my role in the corporate office does not include facility operation. While I am aware of the PBNDS and its requirements, I am not involved in daily compliance with the PBNDS at the facility level.

5. Operational decisions regarding individual detainees are made by MTC staff at the facility, at the direction of Immigration and Customs Enforcement ("ICE"). Corporate leaders at MTC, those being the officers, directors, or managing agents, are not involved in decisions regarding individual detainees' detention or housing placement. Officers, directors, or managing agents of MTC do not review, advise on, or respond to detainee grievances or requests.

6. Neither I, nor any other corporate leader at MTC made or consulted on any decisions regarding Plaintiff's detention. Further, neither I, nor any other corporate leader at MTC were involved in or consulted regarding ICE's denial of Plaintiff's request to move from the Special Management Unit to the General Population. These decisions are handled by the local IRDF staff, at the direction of ICE.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 23 day of February, 2023, at Centerville, Utah.

DAN JOSLIN

- 2 -    Case No. 3:21-CV-01770-GPC-LR