UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS MURRILLO VEGA,

Plaintiff,

v.

MANAGEMENT & TRAINING CORPORATION,

Defendant.

Case No.:  21-cv-1770-GPC-LR

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[ECF No. 76]**

Defendant Management & Training Corporation filed a Motion for Partial Summary Judgment on Plaintiff Carlos Murrillo Vega's claims for Intentional Infliction of Emotional Distress and for punitive damages.  ECF No. 76.  The Court will set the following briefing schedule.  Any opposition shall be filed on or before **Friday, March 17, 2023**.  Any reply shall be filed on or before **Friday, March 31, 2023**.  A hearing on this matter is scheduled for **Friday, April 21, 2023** at **1:30 PM in Courtroom 2D.**

**IT IS SO ORDERED.**

Dated:  February 23, 2023

Hon. Gonzalo P. Curiel
United States District Judge

1

21-cv-1770-GPC-LR