# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>        Plaintiff,<br><br>    v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>        Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**ORDER GRANTING UNOPPOSED EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMIT**<br><br>**[ECF. No. 78]** |

On March 15, 2023, Plaintiff Carlos Murillo Vega filed an ex parte motion seeking leave to exceed the page limit set for separate statements regarding motions for summary judgement. (ECF No. 78.) Defendant did not oppose the motion. After reviewing the arguments of counsel and for good cause shown, the Court hereby GRANTS Plaintiff's motion. The page limitation for Plaintiff's response to Defendant's Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendant's Partial Motion for Summary Judgment is extended from 15 pages to 25 pages.

\\\
\\\

**IT IS SO ORDERED.**

Dated:  March 20, 2023

Hon. Gonzalo P. Curiel
United States District Judge

Case No. 3:21-cv-01770-GPC-LR

[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE SEPARATE STATEMENT ISO PLAINTIFF'S OPPOSITION TO PARTIAL MSJ