UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS MURILLO VEGA,

Plaintiff,

v.

MANAGEMENT AND TRAINING CORPORATION,

Defendant.

Case No.:  21cv1770-GPC(LR)

ORDER VACATING FOLLOW-UP SETTLEMENT CONFERENCE

On April 4, 2023, the Court set a follow-up Settlement Conference ("SC") for April 20, 2023, at 9:30 a.m.  (ECF No. 85.)  Due to scheduling conflicts, the Court hereby **VACATES** the SC.  An order resetting the hearing will follow.

**IT IS SO ORDERED.**

Dated:  April 19, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

1

21cv1770-GPC(LR)