UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>                              Plaintiff,<br><br>v.<br><br>MANAGEMENT AND TRAINING CORPORATION,<br><br>                              Defendant. | Case No.:  21cv1770-GPC(LR)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING PRETRIAL DISCLOSURES**<br><br>**[ECF No. 92]** |

Currently before the Court is the parties' "Joint Motion to Amend Scheduling Order Regarding Pretrial Disclosures," in which they ask the Court to continue the deadline for submission of pretrial disclosures—currently set for June 2, 2023—by one week.  (See ECF No. 92 at 2.)  The parties request this continuance so that they can continue to work on issues related to the upcoming settlement conference in this matter. (See id.)

A scheduling order "may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  This good cause standard "primarily considers the diligence of the party seeking the amendment.  The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992)

21cv1770-GPC(LR)

(citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment) and collecting cases).  "If that party was not diligent, the inquiry should end."  Id.

Based on the foregoing, the Court finds good cause to **GRANT** the joint motion and extend the pretrial disclosures deadline by one week to allow the parties to focus their efforts on the upcoming settlement conference.  The scheduling order is accordingly modified as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Pretrial Disclosures | June 2, 2023 | **June 9, 2023** |
| Counsel's Pretrial Meeting | June 9, 2023 | **June 16, 2023** |
| Pretrial Order Exchange | June 16, 2023 | **June 23, 2023** |
| Proposed Final Pretrial Conference Order | June 23, 2023 | **June 30, 2023** |
| Pretrial Conference | June 30, 2023, at 1:30 p.m. | **July 7, 2023**, at **1:30 p.m.** |

All other requirements in the scheduling order for this case remain unchanged.

**IT IS SO ORDERED.**

Dated:  June 1, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

21cv1770-GPC(LR)