# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>**[ECF. No. 99]** |

The Court hereby GRANTS the parties' joint motion to continue the pretrial conference, previously scheduled for July 7, 2023.  So that the parties may continue settlement negotiations, the Final Pretrial Conference is continued to July 21, 2023 at 1:30 p.m. in Courtroom 2D.

**IT IS SO ORDERED.**

Dated:  July 3, 2023

Hon. Gonzalo P. Curiel
United States District Judge