UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>              Plaintiff,<br><br>    v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>              Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**ORDER GRANTING JOINT MOTION TO FURTHER CONTINUE PRETRIAL CONFERENCE**<br><br>**[ECF No. 101]** |

On July 10, 2023, Defendant Management & Training Corporation ("Defendant") and Plaintiff Carlos Murillo Vega ("Plaintiff") (the "Parties") filed a Joint Motion to Further Continue Pretrial Conference ("Joint Motion") in which they ask the Court to continue the pretrial conference—currently set for July 21, 2023—by two weeks. The parties request this continuance so that they can continue to work on settlement negotiations in this matter.  The Joint Motion is hereby Granted and the Pretrial Conference is continued to August 4, 2023 at 1:30 pm in Courtroom 2D.

     **IT IS SO ORDERED.**

Dated:  July 18, 2023



Hon. Gonzalo P. Curiel
United States District Judge