UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS MURILLO VEGA,

Plaintiff,

v.

MANAGEMENT & TRAINING CORPORATION,

Defendant.

Case No. 3:21-cv-01770-GPC-LR

**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE [ECF No. 105]**

On August 8, 2023, Defendant Management & Training Corporation ("Defendant") and Plaintiff Carlos Murillo Vega ("Plaintiff") (the "Parties") filed a Joint Motion to Further Continue Pretrial Conference ("Joint Motion") in which they ask the Court to continue the pretrial conference—currently set for August 11, 2023—by two weeks. The parties request this final continuance so that they can finalize settlement details in this matter and obtain the necessary approvals from the parties for the settlement terms.

For the reasons set forth above, the Joint Motion is Granted. The Pretrial Conference is hereby continued to **August 25, 2023** at 1:30 pm in Courtroom 2D.

**IT IS SO ORDERED.**

Dated: August 8, 2023

Hon. Gonzalo P. Curiel
United States District Judge

1                                    Case No. 3:21-cv-01770-GPC-LR