UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CARLOS MURILLO VEGA, | Case No. 3:21-cv-01770-GPC-LR |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE [ECF No. 107]** |
| v. | |
| MANAGEMENT & TRAINING CORPORATION, | |
| Defendant. | |

On August 21, 2023, Defendant Management & Training Corporation ("Defendant") and Plaintiff Carlos Murillo Vega ("Plaintiff") filed a Joint Motion to Further Continue Pretrial Conference in which they ask the Court to continue the pretrial conference—currently set for August 25, 2023—by three weeks. The parties request this continuance so that they can finalize settlement details in this matter and obtain the necessary approvals from the parties for the settlement terms.

For the reasons set forth above, the Joint Motion is Granted. The Pretrial Conference is hereby continued to **September 15, 2023** at 1:30 pm in Courtroom 2D.

**IT IS SO ORDERED.**

Dated: August 21, 2023

Hon. Gonzalo P. Curiel
United States District Judge