UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA, | Case No. 3:21-cv-01770-GPC-LR |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE** |
| v. | |
| MANAGEMENT & TRAINING CORPORATION, | **[ECF No. 109]** |
| Defendant. | |

On September 12, 2023, Defendant Management & Training Corporation ("Defendant") and Plaintiff Carlos Murillo Vega ("Plaintiff") filed their sixth Joint Motion to Continue Pretrial Conference. They ask the Court to continue the pretrial conference, currently scheduled for September 15, 2023, by four weeks. The parties request this continuance so that they can finish settlement negotiations.

The Joint Motion is Granted. The Pretrial Conference is hereby continued to **October 13, 2023** at 1:30 PM in Courtroom 2D.

The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures, shall be served and lodged with the Court by **October 6, 2023** and shall comply with Local Rule 16.1(f)(6).

**IT IS SO ORDERED.**

Dated:  September 12, 2023

Hon. Gonzalo P. Curiel
United States District Judge