# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CARLOS MURILLO VEGA,

Plaintiff,

v.

MANAGEMENT & TRAINING CORPORATION,

Defendant.

Case No. 3:21-cv-01770-GPC-LR

**ORDER GRANTING JOINT MOTION TO FURTHER CONTINUE PRETRIAL CONFERENCE**

**[ECF No. 112]**

On October 10, 2023, Defendant Management & Training Corporation ("Defendant") and Plaintiff Carlos Murillo Vega ("Plaintiff") (the "Parties") filed a Joint Motion to Further Continue Pretrial Conference ("Joint Motion") in which they ask the Court to continue the pretrial conference—currently set for October 13, 2023—by two weeks. The parties request this continuance so that they can finalize settlement details in this matter and obtain the necessary approvals from the parties for the settlement terms.

The Joint Motion is Granted. The Pretrial Conference is hereby continued to **October 27, 2023** at 1:30 PM in Courtroom 2D.

The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures, shall be served and lodged with the Court by **October 20, 2023** and shall comply with Local Rule 16.1(f)(6).

**IT IS SO ORDERED.**

Dated:  October 12, 2023

Hon. Gonzalo P. Curiel
United States District Judge