# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>              Plaintiff,<br><br>   v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>              Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**ORDER GRANTING JOINT MOTION TO FURTHER CONTINUE PRETRIAL CONFERENCE**<br><br>**[ECF No. 114]** |

On October 24, 2023, Defendant Management & Training Corporation ("Defendant") and Plaintiff Carlos Murillo Vega ("Plaintiff") (the "Parties") filed a Joint Motion to Further Continue Pretrial Conference ("Joint Motion") in which they ask the Court to continue the pretrial conference—currently set for October 27, 2023—by two weeks. The parties request this continuance so that they can finalize settlement and dismissal of the action.

The Joint Motion is Granted. The Pretrial Conference is hereby continued to **November 17, 2023** at 1:30 PM in Courtroom 2D.

    **IT IS SO ORDERED.**

Dated: October 25, 2023

Hon. Gonzalo P. Curiel
United States District Judge