# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA, | Case No. 3:21-cv-01770-GPC-LR |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| MANAGEMENT & TRAINING CORPORATION, | **[ECF No. 116]** |
| Defendant. | |

On November 2, 2023, Defendant Management & Training Corporation ("MTC") and Plaintiff Carlos Murillo Vega ("Plaintiff") (the "Parties") filed a Joint Motion for Leave to File Documents under Seal ("Motion").

For the reasons set forth in the Motion, the Motion is Granted.

**IT IS SO ORDERED.**

Dated: November 2, 2023

_____
Hon. Gonzalo P. Curiel
United States District Judge

ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL