1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MURILLO VEGA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANAGEMENT & TRAINING CORPORATION,<br><br>  Defendant. | Case No. 3:21-cv-01770-GPC-LR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 120] |

Pursuant to the foregoing stipulation of the parties, and it appearing to the satisfaction of the Court based upon the signatures of counsel for Plaintiff Carlos Murillo Vega, and counsel for Defendant Management & Training Corporation, that the Parties hereto have agreed to settle and compromise any and all claims and potential claims and counterclaims in this action and to dismiss the litigation with prejudice, this action is hereby DISMISSED WITH PREJUDICE, the Parties to bear their own costs, expenses, and fees, except as otherwise agreed as part of the settlement between them. The Parties have agreed, and the Court orders, that this Court will retain personal jurisdiction over them for a period of two (2) years following dismissal of this action, and that this Court shall adjudicate any disputes arising from any breach of the Parties' settlement agreement during that period.

1     **IT IS SO ORDERED.**

2   Dated: November 7, 2023

                                         Hon. Gonzalo P. Curiel
                                         United States District Judge